March 3, 2006

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    325-232
             Case No.:  05-2846
             *Tyrone Sykes v. Wicomico County, et al.*

Dear Judge Blake:

    Pursuant to Your Honor's scheduling order, I am writing to provide a status report regarding the above-referenced matter. The report has been reviewed by Plaintiff's counsel and he agrees to its contents.

    A.    Whether discovery has been completed;

    The parties have not been able to complete discovery. The depositions of 2 deputies and one fact witness are scheduled for March 23, 2006. The parties request that discoverybe extended until April 14, 2006. The parties further requst that the deadline for filing dispositive motions be extended until May 16, 2006

    B.    Whether any motions are pending;

    There are no pending motions.

    C.    Whether any party intends to file a dispositive pretrial motion;

    Defendants intend to file dispositive pretrial motions.

    D.    Whether the case is to be tried jury or non-jury and the anticipated length of trial;

Plaintiff elected a jury trial. Trial will take 2-3 days.

E. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein;

The parties have not engaged in serious settlement negotiations because discovery has not been completed and further because Defendants intend to file a dispositive motion. Undersigned certifies to the Court that the parties will engage in good faith settlement negotiations after the completion of discovery and the Court has ruled on Defendants' Motion for Summary Judgment.

F. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, whether before or after the resolution of any dispositive pretrial motion;

Defendants do not believe referral for a settlement conference would be beneficial.

G. Whether all parties consent, pursuant to 28 U.S.C. §636(c), to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

The parties have not unanimously agreed to consent to the jurisdiction of a United States Magistrate Judge.

H. Any other matter which you believe should be brought to the court's attention.

None at this time.

Should Your Honor have any questions, please do not hesitate to contact me.

Sincerely yours,

BRYANT, KARPINSKI, COLARESI
& KARP

/s/

BY: Kevin Karpinski

KK:bjap

cc: Sherwood R. Wescott, Esquire

Sherwood R. Wescott, Esquire
Wescott, Luke & Rowe, LLC
220 East Main Street
Suite 3
Salisbury, Maryland 21801