

April 12, 2006

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    325-232
             Case No.: 05-2846
             *Tyrone Sykes v. Wicomico County, et al.*

Dear Judge Blake:

    I represent the Defendants in the above-referenced matter. I am writing to provide the Court with a status report. This report was faxed to Plaintiff's counsel this morning but I have not heard from Plaintiff's counsel as of the filing of the report.

    A.    Whether discovery has been completed;

    The parties have not been able to complete discovery. Specifically, Defendants noted the deposition of Albert Flow, who allegedly witnessed part of the incident. Mr. Flow's deposition was scheduled for March 23, 2006 but he failed to appear. His deposition has now been noted for May 11, 2006. Additionally, within the last few days, I have received supplemental Answers to Interrogatories, identifying two (2) additional eyewitnesses to the incident. I will need to take their depositions as well. Under the circumstances, the parties are making a joint request that discovery be extended until Thursday, June 1, 2006. The parties further request that the deadline for filing dispositive motions be extended until Wednesday, July 5, 2006.

    B.    Whether any motions are pending;

    There are no pending motions.

    C.    Whether any party intends to file a dispositive pretrial motion;

    Defendants intend to file dispositive pretrial motions.

    D.    Whether the case is to be tried jury or non-jury and the anticipated length of trial;

    Plaintiff elected a jury trial. Trial will take 2-3 days.

*[Handwritten annotations: Approved. Discovery deadline June 1, 2006. Dispositive motions due Friday July 7, 2006. CCB 4-13-06]*

*[Stamp: RECEIVED IN THE OFFICE OF CATHERINE C. BLAKE ... 2006 ... UNITED STATES DISTRICT JUDGE]*