October 5, 2007

via electronic filing
The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

  RE: 325-232
     Case No.:  05-2846
     *Tyrone Sykes v. Wicomico County, et al.*

Dear Judge Blake:

  This acknowledges receipt of Mr. Wescott's letter, advising of his intent to introduce into evidence an excerpt from the District Court criminal trial.  I was uncertain whether I was supposed to reply to Mr. Wescott's letter; however, I write to advise that Defendants object to any portion of the District Court trial transcript being read to the jury.  Thank you for Your Honor's time and consideration.

            Sincerely yours,

            KARPINSKI, COLARESI & KARP

            /s/

            BY: Kevin Karpinski

KK:bjap

cc: Sherwood R. Wescott, Esquire

Sherwood R. Wescott, Esquire
Wescott, Luke & Rowe, LLC
220 East Main Street
Suite B
Salisbury, Maryland 21801