# TYRONE SYKES

## vs.

## HOWARD PHILLIPS, et al

Civil No. CCB-05-2846                                            Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Transcript of District Court Proceeding |
| 2 | OCT 10 2007 | OCT 10 2007 | Medical Records of Tyrone Sykes |
| 3 | | | Deposition of Tyrone Sykes |
| 4 | | | Deposition of Donzella Dockins |
| 5 | | | Deposition of John Alessandrini |
| 6 | | | Deposition of Howard Phillips |
| 7 | | | Deposition of Keith Dockins |

U.S. District Court (Rev. 3/1999) - Exhibit List

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYRONE SYKES                         *

    Plaintiff                   *

v.                                   *   Civil Action No.: CCB-05-2846

WICOMICO COUNTY, et al.              *

    Defendants                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## TRIAL EXHIBIT LIST

OCT 1 0 2007

1. Wicomico County Sheriff's Office - Use of Foce Report  OCT 1 0 2007.

2. Complaint  OCT 1 0 2007  OCT 1 0 2007.

3. Incident Report - Statement of Charges  OCT 1 0 2007  OCT 1 0 2007.

4. Incident Report - Statement of Probable Cause  OCT 1 0 2007  OCT 1 0 2007.

5. Photograph  OCT 1 0 2007.  OCT 1 0 2007.

6. Photograph  OCT 1 0 2007  OCT 1 0 2007.

7. Photograph  OCT 1 0 2007  OCT 1 0 2007.

8. Photograph  OCT 1 0 2007  OCT 1 0 2007

9. Photograph  OCT 1 0 2007.  OCT 1 0 2007.

10. Photograph  OCT 1 0 2007  OCT 1 0 2007.