*jury*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYRONE SYKES                              :
                                          :
        v.                                :     CIVIL NO. CCB-05-2846
                                          :
WICOMICO COUNTY, ET AL.                   :
                                          :
                    ...o0o...

## VERDICT SHEET

1. Has Tyrone Sykes proved by a preponderance of the evidence that Corporal

Alessandrini and Deputy Phillips lacked probable cause to arrest Mr. Sykes?

                Yes    _____

                No     ___X____

2. Has Tyrone Sykes proved by a preponderance of the evidence that Corporal

Alessandrini used excessive force in arresting him?

                Yes    _____

                No     ___X____

3. Has Tyrone Sykes proved by a preponderance of the evidence that Deputy Phillips

used excessive force in arresting him?

                Yes    _____

                No     ___X____

4. If you answered yes to question 1 or 2, do you find that Corporal Alessandrini acted

with actual malice against Tyrone Sykes?

                Yes    _____

                No     _____

5.  If you answered yes to question 1 or 3, do you find that Deputy Phillips acted with actual malice against Tyrone Sykes?

Yes    _____

No     _____

6.      If you answered "yes" to question 4 or 5, in what amount, if any, do you award Plaintiff for:

Compensatory damages        $_____

or

Nominal Damages ($1.00)     $_____

7.      Do you find by clear and convincing evidence that Tyrone Sykes is entitled to recover punitive damages against Corporal Alessandrini?

_____ Yes    _____ No

8.      Do you find by clear and convincing evidence that Tyrone Sykes is entitled to recover punitive damages against Deputy Phillips?

_____ Yes    _____ No

10-11-07
_____
Date

_____
Foreperson