# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**TYRONE SYKES**          *
    Plaintiff

                    *

v.                                   Civil Case No. CCB-05-2846

                    *

**HOWARD PHILLIPS, et al**
    Defendant          ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants, <u>Howard Phillips</u> and <u>John Alessandrini</u> against the Plaintiff, <u>Tyrone Sykes</u> it is this <u>11th</u> day of <u>Oct</u>, 20<u>07</u>,

**ORDERED**,

1. Judgment is entered in favor of Defendants, <u>Howard Phillips</u> and <u>John Alessandrini</u> against Plaintiff, <u>Tyrone Sykes</u>, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
**CATHERINE C. BLAKE**
*UNITED STATES DISTRICT JUDGE*