# INVOICE



20 S. Charles Street, S/901 • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

TOWSON REPORTING COMPANY
WHITMAN REPORTING-ROCKVILLE

KEVIN KARPINSKI, ESQUIRE
BRYANT, KARPINSKI, COLARESI & KARP
120 E. BALTIMORE STREET - S/1850
BALTIMORE, MARYLAND 21202

410-727-5000 FAX 410-727-0861

February 17, 2006

**Invoice#** 10089196

**Balance:** $399.75

**Re:** NV NR SYKESvWICOMICO CTY
SALISBURY
on 01/26/06 by RONALD E. BENNETT

| Charge Description | Amount |
|---|---|
| 116 PAGES @ $3.25 PER PAGE (ORIGINAL) | 377.00 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF TYRONE SYKES, SR. TAKEN ON JANUARY 26, 2006 | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |

P l e a s e   R e m i t   - - - >   **Total Due:** $399.75

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
20 S. Charles Street - Suite 901
Baltimore, Maryland 21201

Invoice# 10089196

Balance$    399.75

**Accepting Visa, Mastercard and American Express**