*Schafer Reporting Company*
*P.O. Box 1140*
*Salisbury, Maryland 21802*
*Tel: 410-742-1440  Fax: 410-742-0117*

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/6/06 | 26052 |

### BILL TO
Kevin Karpinski
Bryant, Karpinski, Colaresi & Karp
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202-1605

| DUE DATE |
|---|
| 5/6/06 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IN RE: | SYKES v. WICOMICO COUNTY, et al.<br>Date of depos: March 23, 2006<br>Reporter: Anne Horner, AA, CCR | 1 | | 0.00 |
| ORIGINAL | Deposition Albert Flow - No Show | 1 | | 4.21 |
| COPY | Depositions of Howar Phillips and John Alessandrini | 89 | 2.35 | 209.15 |
| E-Trans. | Unrestricted E-Transcript/condensed transcript w/ index/ASCII | 2 | 25.00 | 50.00 |
| POST | Postage/admin | 1 | 10.00 | 10.00 |

Thank you for choosing Schafer Reporting Company
Federal ID# 52-1188722

**Total**     273.36