**CRC-Salomon**
9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 060526CORBIN
Job Date: 05/26/2006
Order Date: 05/26/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 36310
Inv.Date: 06/30/2006
Balance: $300.00

**Bill To:**
Kevin Karpinski, Esq.
Bryant, Karpinski, Colaresi & Karp, P.A.
120 E. Baltimore Street
Suite 1850
Baltimore, MD 21202

Action: Sykes, Tyrone
vs
Wicomico County
Action #:
Rep: Corbin & Hook, Inc.
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Keith Dockins | Original | 60 | Pages | $2.20 | $132.00 |
| 2 | Keith Dockins | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | Donzella Dockins | Original | 46 | Pages | $2.20 | $101.20 |
| 4 | Donzella Dockins | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 5 | Charles Wagner | Original | 19 | Pages | $2.20 | $41.80 |
| 6 | Charles Wagner | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 7 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

**Comments:**
Full sized transcripts requested.

Thank You For Your Business

| | |
|---|---|
| Sub Total | $300.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$300.00** |
| Payment | $0.00 |
| **Balance Due** | **$300.00** |

Federal Tax I.D.: 52-1938692        Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Kevin Karpinski, Esq.
Bryant, Karpinski, Colaresi & Karp, P.A.
120 E. Baltimore Street
Suite 1850
Baltimore, MD 21202

**Deliver To:**
Kevin Karpinski, Esq.
Bryant, Karpinski, Colaresi & Karp, P.A.
120 E. Baltimore Street
Suite 1850
Baltimore, MD 21202

# Invoice

Phone: (410) 821-4888
Fax: (410) 821-4889

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Invoice #: 36310
Inv.Date: 06/30/2006
Balance: $300.00
Job #: 060526CORBIN
Job Date: 05/26/2006
DB Ref.#:
Date of Loss: / /
Your File #: