# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TYRONE SYKES** | * | |
| vs. | * | Civil Case No.: CCB-05-2846 |
| **HOWARD PHILLIPS, et al** | * | |

******

## AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE | JURY RECEIVED |
|---|---|
| October 11, 2007 | LUNCH (Edie's Deli & Catering) |
| | |
| | |
| | |
| | |

Number of Jurors: __7__

__/s/ 10/12/07__  
Date

__/s/ Felicia C. Cannon /ccc__  
*Felicia C. Cannon*  
*Clerk*